*United States District Court for the Northern District of Illinois*
Revised 03/11/2008

Case Number: 13CV3463  Assigned/Issued By: NF

Judge Name: LEFKOW  Designated Magistrate Judge: MASON

## FEE INFORMATION

*Amount Due:* ☐ $350.00  ☐ $39.00  ☐ $5.00

☐ IFP  ☐ No Fee  ☑ Other 400.00

☐ $455.00

Number of Service Copies _____  Date: _____

*(For use by Fiscal Department Only)*

Amount Paid: 400.00  Receipt #: 4624099646

Date Payment Rec'd: 5/9/13  Fiscal Clerk: NF

## ISSUANCES

☑ Summons  ☐ Alias Summons

☐ Third Party Summons  ☐ Lis Pendens

☐ Non Wage Garnishment Summons  ☐ Abstract of Judgment

☐ Wage-Deduction Garnishment Summons

_____

(Victim, Against and $ Amount)

☐ Citation to Discover Assets  ☐ Other

☐ Writ _____
(Type of Writ)

_____
(Type of issuance)

2 Original and 2 copies on 5/9/13 as to DEF'S
(Date)