

AO 440 (Rev. 05/00) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS

**SUMMONS IN A CIVIL CASE**

ARNULFO R. GONZALEZ  PLAINTIFF

V.

MORTTGAGE ELECTRONIC
REGISTRATION SYSTEMS INC
DEFENDANTS.

CAS  13cv3463

ASS  Judge Joan H. Lefkow

DES  Magistrate Michael T. Mason

MAGISTRATE JUDGE:

TO: (Name and address of Defendant)

MORTGAGE ELECTRONIC REGISTRATION SYSTEMS   1818 LIBRARY  STREET
SUITE 300  RESTON VA 20190

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

ARNULFO R. GONZALEZ PRO-SE  14328 KARLOV AVE MIDOTHAN,IL 60452

an answer to the complaint which is herewith served upon you, within _____21_____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.  You must also file your answer with the Clerk of this Court within a reasonable period of time after service.Thom

NOTE: When the print dialogue
box appears, be sure to uncheck
the Annotations option.

THOMAS G. BRUTON, CLERK

(By) DEPUTY CLERK

MAY 09 2013

DATE

*Mortgage Electronic Registration Systems, Inc.*

☐ **PERSONAL SERVICE**

☐ Being unable to make personal service a copy was delivered in the following manner:

☐ Delivered to a person found in charge of usual place of business or employment during business hours and giving information of its purport.

☐ Delivered to family member (not temporary sojourner or guest) age 16 or older at usual place of abode or party named above after giving information of its purport. List name, age of recipient, and relation of recipient to party named above.

........................................................................................

........................................................................................

☐ Posted on front door or such other door as appears to be the main entrance of usual place of abode, address listed above. (Other authorized recipient not found.)

☐ Served on a Secretary of the Commonwealth.

☐ Not found

........................................................................................

SERVING OFFICER

**MAY 15 2013**

Stan Barry, Sheriff
for Fairfax County, Va

**FILED**

JUN 11 2013

THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT