# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS

**SUMMONS IN A CIVIL CASE**

ARNULFO R. GONZALEZ  PLAINTIFF

CASE 13cv3463

V.

ASSI: Judge Joan H. Lefkow

BANK OF AMERICA  DEFENDANT

DESI: Magistrate Michael T. Mason

MAGISTRATE JUDGE:

TO:

BANK OF AMERICA N.A 100 NORTH TRYON STREET  CHARLOTTE N.C. 28202

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY

ARNULFO R. GONZALEZ PRO-SE 14328 KARLOV AVE MIDLOTHIAN, IL 60445

an answer to the complaint which is herewith served upon you, within _____21_____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service. Thom

THOMAS G. BRUTON, CLERK

(By) DEPUTY CLERK

MECKLENBURG CO. SHERIFF'S OFFICE

DATE  MAY 09 2013

AMT $ 50  CK# 175832

AO 440 (Rev. 05/00) Summons in a Civil Action

| | | |
|---|---|---|
| **RETURN OF SERVICE** | | |
| Service of the Summons and complaint was made by me[1] | DATE | 5-22-13 |
| NAME OF SERVER (PRINT) K. Page | TITLE | D/S |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

FILED
JUN 26 2013
June 26 2013
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

☐ Other (specify): Served to Corporation Bank of America by leaving copies with officer Nestor Gutierrez at 100 N. Tryon St.

**STATEMENT OF SERVICE FEES**

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  5-22-13    K. Page X1488
              Date        Signature of Server

832 E 4TH ST, Charlotte, NC 28202
Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.