MA

13CV3463



**Mecklenburg County Sheriff's Office**

Daniel E. Bailey
Sheriff

Felicia H. McAdoo
Chief Deputy Sheriff

700 East Fourth Street
Charlotte, NC 28202
T 704-336-2543
F 704-336-6118
www.mecksheriff.com



FILED
JUN 26 2013
June 26 2013
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

**State of North Carolina**
**Mecklenburg County**

**AFFIDAVIT OF SERVICE**

**PERSONALLY APPEARED** before me, the undersigned authority, ___K PAIGE___ Deputy Sheriff of Mecklenburg County, so being duly sworn, deposes and says that in the County of Mecklenburg, State of North Carolina, serving the defendants by the laws governing service of Civil Process within the State of North Carolina, he/she delivered to the within named defendant(s)/ Respondent(s) at the following time(s) and place(s) to wit:

Defendant(s)/ Respondent(s): ___BANK OF AMERICA___
Case Number: ___13 CV 3463___

On: (Date) ___5-22-13___ at: (Time) ___3:00___ am/**pm**

- o  Was served by delivering to the Defendant/ Respondent named above a copy of the _____ on the listed date and time listed above.
- **x**  By leaving a copy of ___SUMMONS___ with ___NESTOR GUTIERREZ___ (OFFICER) for the defendant/ respondent listed above at the address of _____ on the date and time listed above.
- o  The defendant was not served for the following reason: _____

**Daniel E. Bailey, Jr.,**
**Sheriff Mecklenburg County NC**

By: ___K Paige X1488___
**Deputy Sheriff**
**Mecklenburg County Sheriff's Office**

Sworn to and subscribed before me,
This ___5___ day of ___June___ 20___13___

___[signature]___
Notary Public-
My commission expires: ___8/8/16___